# United States Court of Appeals
## for the Fifth Circuit

No. 23-50541

United States Court of Appeals
Fifth Circuit
**FILED**
December 26, 2025
Lyle W. Cayce
Clerk

Michelle Evans,

*Plaintiff—Appellant,*

versus

Jose Garza, *in his official capacity as Travis County District Attorney,*

*Defendant—Appellee.*

___

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-727

___

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT