# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 29, 2025

Mr. Anthony J. Nelson
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767

    No. 23-50541   Evans v. Garza
                         USDC No. 1:23-CV-727

Dear Counsel:

This letter will serve to advise the parties that the court has requested a response to the Appellant's Petition for rehearing en banc to be filed in this office on or before January 8, 2026.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Casey A. Sullivan, Deputy Clerk
                    504-310-7642

cc:
    Mr. Connor Logan Ellington
    Mr. Tony Keith McDonald
    Mr. Gene C. Schaerr
    Ms. Amy Stoeckl Ybarra