**DELIA GARZA**
**COUNTY ATTORNEY**

**LUCIO A. DEL TORO**
**FIRST ASSISTANT**

**LESLIE W. DIPPEL**
**EXECUTIVE COUNTY ATTORNEY**

**314 W. 11ᵗʰ STREET**
**GRANGER BLDG., SUITE 500**
**AUSTIN, TEXAS 78701**

**P.O. BOX 1748**
**AUSTIN, TEXAS 78767**

**(512) 854-9513**
**FAX: (512) 854-4808**



**LITIGATION DIVISION**

**TODD A. CLARK**
**DIRECTOR**

**CYNTHIA W. VEIDT**

**EMILY R. JAKOBEIT**

**ELAINE A. CASAS**

**SUSANA NARANJO-PADRON**

**ERICA P. MATLOCK**

June 15, 2026

<u>**Via CM/ECF To:**</u>
Lyle W. Cayce,
Clerk, United States Court of Appeals for the Fifth Circuit
Office of the Clerk
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

Re:  No. 23-50541; *Evans vs. Garza*; USDC No. 1:23-CV-727; Response to letter dated June 11, 2026

Dear Clerk Cayce,

On June 11, 2026, we received an inquiry from the panel in this case asking whether given the amount of time that has passed since initial motions were filed in this case, Travis County District Attorney Garza or his office has determined, absent the pendency of proceedings in federal court, that it would prosecute Michelle Evans under Texas Penal Code § 21.15(b)(2) or (b)(3) (as it existed prior to its amendment in 2025). You asked for an answer by 5:00 p.m., June 15, 2026.

After consulting with the District Attorney's Office, their representatives indicate that at present, after further coordination with the victim and law enforcement, that office does not intend to prosecute the matter involving Plaintiff-Appellant. During the pendency of the civil litigation, out of respect for the court process, the District Attorney's office held in abeyance further prosecutorial steps. Subsequent to the decision from the Fifth Circuit on December 9, 2025, affirming the denial of a preliminary injunction, the District Attorney's office was informed that due to DPS internal policy, previously gathered evidence was not retained.

The only evidence in the District Attorney's possession was the Plaintiff-Appellant's cell phone, for which the office will make arrangements for release.

If you need any additional information, please let us know.

1368385.1  383.247

Sincerely,

*/s/ Elaine Casas*_____

Elaine Casas
Assistant County Attorney

cc:  Appellant tony@tonymcdonald.com